*Tuesday, October 13, 1998*

## DISCIPLINARY DOCKET

98–1909.   **Elsass v. Columbus Bar Assn.**
On September 16, 1998, appellant, Tobias H. Elsass, filed with this court a notice of appeal and on September 21, 1998, appellee, Columbus Bar Association, filed a motion to dismiss appellant's appeal. Upon consideration thereof,

   IT IS ORDERED by the court that appellee's motion to dismiss be, and hereby is, granted, and that appellant's notice of appeal be, and hereby is, stricken.

   DOUGLAS, Acting C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur. MOYER, C.J., not participating.

*Thursday, October 15, 1998*

## MOTION DOCKET

98–1940.   **SuperAmerica Group, Div. of Ashland Oil, Inc. v. Licking Cty. Bd. of Elections.**
Licking App. No. 97CA00131.   This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Licking County.   Upon consideration of appellant's motion for stay,

   IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

   F.E. SWEENEY, J., concurs.

   DOUGLAS, Acting C.J., RESNICK and COOK, JJ., would deny the motion as moot.

   PFEIFER and LUNDBERG STRATTON, JJ., would grant the motion.

   MOYER, C.J., not participating.